The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME PARTNERS HOLDINGS LLC, HP WASHINGTON I LLC, HPA BORROWER 2017-1 LLC, and OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT,<br><br>Defendants. | No. 3:22-cv-05704-DGE<br><br>STIPULATED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS & ORDER<br><br>Noted for Consideration:<br>November 28, 2022 |

## I.     STIPULATION

**1.**     On November 7, 10, 21-23, 2022, and on November 28, 2022, the parties communicated regarding Defendants' anticipated motion to dismiss.

**2.**     Based on that communication, the parties have agreed to request an extension of the standard briefing schedule under LCR 7 to accommodate the filing of the motion to dismiss with adequate time for briefing and to accommodate holiday scheduling.

**3.**     Therefore, the parties to this action, by and through their undersigned counsel, stipulate and agree to the following proposed amended briefing schedule:

STIP. ORDER TO AMEND BRIEFING SCHEDULE (3:22-cv-05704) - 1
4863-1897-9392v.3 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Event | Deadline |
|---|---|
| Defendant to file motion to dismiss | 12/5/2022 |
| Plaintiff to file any opposition briefing to motion to dismiss | 1/3/2023 |
| Defendant to file any reply briefing to motion to dismiss | 1/13/2023 |
| Noting date for Defendant's motion to dismiss | 1/13/2023 |

IT IS SO STIPULATED.

DATED this 28th day of November, 2022.

Davis Wright Tremaine LLP
Attorneys for Attorneys for Home Partners Holdings LLC, HP Washington I LLC, HPA Borrower 2017-1 LLC, and OPVHHJV LLC, dba Pathlight Property Management

By *s/Fred B. Burnside*
Fred B. Burnside, WSBA # 32491
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
E-mail: fredburnside@dwt.com

Blake J. Robinson, WSBA #45119
1300 SW 5th Ave, Suite 2400
Portland, OR 97201
E-mail: blakerobinson@dwt.com

Attorneys for Frank Richmond, Michael McDermott and Kelley McDermott

By *s/Anne T. Regan*
Anne T. Regan (pro hac vice)
Lindsey L. Larson (pro hac vice)
8050 West 78th Street
Edina, Minnesota 55439
Tel: (952) 941-4005
Email: aregan@hjlawfirm.com
Email: llabellelarson@hjlawfirm.com

Andrew A. Lemmon, WSBA #53034
P.O. Box 904
15058 River Road
Hahnville, LA 70057
E-mail: andrew@lemmonlawfirm.com
E-mail: alemmon@milberg.com

STIP. ORDER TO AMEND BRIEFING SCHEDULE (3:22-cv-05704) - 2
4863-1897-9392v.3 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|     |     |
| --- | --- |
| 1   |     |
| 2   | Scott C. Harris (pro hac vice) |
|     | MILBERG COLEMAN BRYSON |
| 3   | PHILLIPS GROSSMAN, PLLC |
|     | 900 W. Morgan Street |
| 4   | Raleigh, NC 27603 |
|     | E-mail: sharris@milberg.com |
| 5   | Gary Klinger (pro hac vice) |
| 6   | MILBERG COLEMAN BRYSON |
|     | PHILLIPS GROSSMAN, PLLC |
| 7   | 227 W. Monroe Street, Suite 2100 |
|     | Chicago, IL 60606 |
|     | E-mail: gklinger@milberg.com |

STIP. ORDER TO AMEND BRIEFING SCHEDULE (3:22-cv-05704) - 3
4863-1897-9392v.3 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

This matter came before the Court on the parties' Stipulated Motion to Amend Briefing Schedule.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Defendants shall file their Motion to Dismiss by December 5, 2022.

Plaintiff shall file any opposition to the Motion to Dismiss by January 3, 2023;

Defendants shall file any Reply in Support of the Motion to Dismiss by January 13, 2023

DATED this 29th day of November 2022.

David G. Estudillo
United States District Judge

STIP. ORDER TO AMEND BRIEFING SCHEDULE (3:22-cv-05704) - 4
4863-1897-9392v.3 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax