IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Frank Richmond, Michael McDermott and Kelley McDermott, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Home Partners Holdings, LLC, HP Washington I LLC, HPA Borrower 2017-1 LLC, and OPVHHJV LLC, d/b/a Pathlight Property Management,<br><br>Defendants. | CASE NO.:   3:22-cv-05704-DGE<br><br>**NOTICE OF WITHDRAWAL OF CATE D. CROWE** |

PLEASE TAKE NOTICE that Cate D. Crowe of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401, hereby withdraws her appearance in the above-captioned matter, previously entered on behalf of Plaintiffs. Susan E. Ellingstad and Joseph C. Bourne of Lockridge Grindal Nauen P.L.L.P. will continue to represent Plaintiffs in this matter.

Notice of Withdrawal of Cate D. Crowe - 1

Lockridge Grindal Nauen PLLP
100 Washington Ave S, Ste 2200
Minneapolis, MN 55401

DATED: January 3, 2023

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: /s/ Cate D. Crowe
Susan E. Ellingstad (*admitted pro hac vice*)
Joseph C. Bourne (*admitted pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 554019
seellingstad@locklaw.com
jcbourne@locklaw.com
cdcrowe@locklaw.com

Andrew Lemmon
Milberg Colemen Bryson Phillips Grossman, PLLC
1420 Fifth Ave, Suite 2200
Seattle, WA 98101
alemmon@milberg.com

Scott C. Harris (*admitted pro hac vice*)
Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
sharris@milberg.com

Anne T. Regan (*admitted pro hac vice*)
Lindsey L. Larson (*admitted pro hac vice*)
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
aregan@hjlawfirm.com
llabellelarson@hjlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**