The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT, each individually and on behalf of all others similarly situated,

Plaintiff,

v.

HOME PARTNERS HOLDINGS LLC, HP WASHINGTON I LLC, HPA BORROWER 2017-1 LLC, and OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT,

Defendant.

No. 3:22-cv-05704

STIPULATED MOTION TO AMEND BRIEFING SCHEDULE FOR MOTION TO DISMISS & ORDER

Noted for Consideration:
January 4, 2023

## I.   STIPULATION

1. On January 2nd and 3rd, 2023, the parties communicated regarding Defendants' anticipated motion to dismiss.

| Event | Deadline |
| --- | --- |
| Defendants to file motion to dismiss | 1/23/2023 |
| Plaintiffs to file any opposition briefing to motion to dismiss | 2/22/2023 |

STIP. & ORDER TO AMEND BRIEFING SCHEDULE (3:22-cv-05704) - 1
4854-1203-0279v.2 0120768-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Defendants to file any reply briefing to motion to dismiss | 3/8/2023 |
| Noting date for Defendants' motion to dismiss | 3/10/2023 |

IT IS SO STIPULATED.

DATED this 4th day of January, 2023.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for Attorneys for Home Partners Holdings LLC, HP Washington I LLC, HPA Borrower 2017-1 LLC, and OPVHHJV LLC, dba Pathlight Property Management<br>By *s/ Fred B. Burnside*<br>Fred B. Burnside, WSBA # 32491<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>E-mail: fredburnside@dwt.com<br><br>Blake J. Robinson, WSBA #45119<br>1300 SW 5th Ave, Suite 2400<br>Portland, OR 97201<br>E-mail: blakerobinson@dwt.com | Attorneys for Frank Richmond, Michael McDermott and Kelley McDermott<br>By *s/ Anne T. Regan*<br>Anne T. Regan (pro hac vice)<br>Lindsey L. Larson (pro hac vice)<br>8050 West 78th Street<br>Edina, Minnesota 55439<br>Tel: (952) 941-4005<br>Email: aregan@hjlawfirm.com<br>Email: llabellelarson@hjlawfirm.com<br><br>Andrew A. Lemmon, WSBA #53034<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>E-mail: andrew@lemmonlawfirm.com<br>E-mail: alemmon@milberg.com<br><br>Scott C. Harris (pro hac vice)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>E-mail: sharris@milberg.com<br><br>Gary Klinger (pro hac vice)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>E-mail: gklinger@milberg.com |

STIP. & ORDER TO AMEND BRIEFING SCHEDULE (3:22-cv-05704) - 2
4854-1203-0279v.2 0120768-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

This matter came before the Court on the parties' Stipulated Motion to Amend Briefing Schedule.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Defendants shall file their Motion to Dismiss by January 23, 2023.

Plaintiffs shall file any opposition to the Motion to Dismiss by February 22, 2023;

Defendants shall file any Reply in Support of the Motion to Dismiss by March 8, 2023;

The Motion is noted for consideration March 10, 2023.

DATED this 9th day of January 2023.

David G. Estudillo
United States District Judge

STIP. & ORDER TO AMEND BRIEFING SCHEDULE (3:22-cv-05704) - 3
4854-1203-0279v.2 0120768-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax