UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al.,<br><br>                    Plaintiffs,<br>    v.<br><br>HOME PARTNERS HOLDING LLC et al.,<br><br>                    Defendants. | CASE NO. 3:22-cv-05704-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES (DKT. NO. 56) |

This matter came before the Court upon the parties' Stipulated Motion to Extend Expert Deadlines (Dkt. No. 56).

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Plaintiffs' expert disclosures and reports related to class certification shall be due on or before August 15, 2023.

Defendants' rebuttal expert disclosures and reports shall be due on or before September 30, 2023.

Expert depositions shall be completed by October 15, 2023.

1   All other deadlines set forth in the Court Class Certification Briefing Schedule (Dkt. No. 47) shall remain in place.

3   Dated this 31st day of May, 2023.

*[signature]*

David G. Estudillo
United States District Judge