The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME PARTNERS HOLDINGS LLC, HP WASHINGTON I LLC, HPA BORROWER 2017-1 LLC, and OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT,<br><br>Defendants. | CASE NO. 3:22-cv-05704-DGE<br><br><br>ORDER GRANTING EXTENSION OF DEADLINES AND BRIEFING SCHEDULE (DKT. NO. 66) |

This matter comes before the Court on the Parties' Stipulated Motion to Extend Expert Deadlines and Class Certification Briefing Schedule (ECF No. 66).

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED.

ORDER GRANTING EXTENSION OF DEADLINES AND BRIEFING SCHEDULE         PAGE - 1
(Case No. 3:22-cv-05704-DWC)

Depositions needed for the filing of Plaintiffs' class certification motion and Defendants' Summary Judgment motion on Plaintiffs' individual claims shall be completed by November 8, 2023.

Plaintiffs shall file their Motion for Class Certification by December 4, 2023;

Defendants shall file any opposition to the Motion for Class Certification by January 12, 2024;

Plaintiffs shall file any Reply in Support of the Motion for Class Certification by February 2, 2024;

Defendants shall file their Motion for Summary Judgment on Plaintiffs' individual claims by December 18, 2023;

Plaintiffs shall file any opposition to the Motion for Summary Judgment by January 22, 2024;

Defendants shall file any Reply in Support of the Motion for Summary Judgment by February 12, 2024.

DATED this 3rd day of October 2023.

David G. Estudillo
United States District Judge