The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME PARTNERS HOLDINGS LLC, HP WASHINGTON I LLC, HPA BORROWER 2017-1 LLC, SFR Borrower 2022-2 LLC, SFR Borrower 2021-2 LLC, and OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT,<br><br>Defendants. | CASE NO. 3:22-cv-05704-DGE<br><br><br>ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT (DKT. NO. 74) |

This matter comes before the Court on the parties' Stipulation and Proposed Order to File a Third Amended Complaint (Dkt. No. 74). The Court GRANTS the parties' Stipulation.

The Court DENIES as moot Plaintiffs' Motion for Leave to File Third Amended Complaint (Dkt. No. 68).

Dated this 1st day of November 2023.

David G. Estudillo
United States District Judge