UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| FRANK RICHMOND et al., | CASE NO. 3:22-cv-05704-DGE |
|---|---|
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES (DKT. NO. 79) |
| v. | |
| HOME PARTNERS HOLDING LLC et al., | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion to Extend Case Deadlines. (Dkt. No. 79.) The Court GRANTS the Stipulated Motion, amending the case deadlines as follows:

| | **Old Deadline** | **New Deadline** |
|---|---|---|
| **Class Certification** | | |
| Motion for class certification filed-by deadline. | December 4, 2023 | January 11, 2024 |
| Defendants' opposition to Class Certification | January 12, 2024 | February 23, 2024 |
| Plaintiffs' reply to Class Certification | February 2, 2024 | March 15, 2024 |
| **Summary Judgment on Plaintiffs' Individual Claims** | | |
| Motion for Summary Judgment filed-by deadline | December 18, 2023 | January 29, 2024 |
| Plaintiffs' opposition to Summary Judgment | January 22, 2024 | February 29, 2024 |
| Defendants' Reply to Summary Judgment | February 12, 2024 | March 21, 2024 |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES (DKT. NO. 79) - 1

| | | |
|---|---|---|
| **Discovery shall be completed by** | March 1, 2024 | May 31, 2024, or 120 days after class certification is decided, whichever is later |
| **Dispositive Motion Deadline** | March 31, 2024 | July 1, 2024, or 150 days after class certification is decided, whichever is later |

Dated this 28th day of November 2023.



David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES (DKT. NO. 79) - 2