UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>HOME PARTNERS HOLDING LLC et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:22-cv-05704-DGE<br><br>ORDER DENYING STIPULATED MOTION TO FILE FOURTH AMENDED COMPLAINT |

　　Before the Court is the parties' Stipulated Motion to File Fourth Amended Complaint. (Dkt. No. 90.)  As the parties did not file the proposed amended complaint as an exhibit to their motion in accordance with Local Civil Rule 15, the Court DENIES the motion without prejudice.

　　Dated this 3rd day of January 2024.

David G. Estudillo
United States District Judge

ORDER DENYING STIPULATED MOTION TO FILE FOURTH AMENDED COMPLAINT - 1