UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOME PARTNERS HOLDING LLC et al.,<br><br>Defendants. | CASE NO. 3:22-cv-05704-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES (DKT. NO. 89) |

This matter comes before the Court on the Parties' Stipulated Motion to Extend Case Deadlines. (Dkt. No. 89.) For good cause shown, the Court GRANTS the Parties' Stipulated Motion and establishes the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification | January 11, 2024 | February 21, 2024 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | February 23, 2024 | April 3, 2024 |
| Plaintiffs' Reply in Support of Motion for Class Certification | March 15, 2024 | April 24, 2024 |

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES (DKT. NO. 89) - 1

| Motion for Summary Judgment filed-by deadline | January 29, 2024 | March 11, 2024 |
|---|---|---|
| Plaintiffs' Opposition to Summary Judgment | February 29, 2024 | April 11, 2024 |
| Defendants' Reply to Summary Judgment | March 21, 2024 | May 1, 2024 |
| Discovery shall be completed by | May 31, 2024, or 120 days after class certification is decided, whichever is later | July 11, 2024, or 120 days after class certification is decided, whichever is later |
| Dispositive Motion Deadline | July 1, 2024, or 150 days after class certification is decided, whichever is later | August 12, 2024, or 150 days after class certification is decided, whichever is later |

In addition, the parties SHALL **jointly** file **no later than January 12, 2024** a bullet-point summary of the discovery each party believes necessary to complete the motion for class certification and the motion for summary judgment.  The summary shall utilize the following format:

**Discovery remaining to prepare motion for class certification**

Plaintiff expects to complete the following discovery:

- [individually list each item of discovery that will be completed]

- …

Defendant(s) expect to complete the following discovery:

- [individually list each item of discovery that will be completed]

- …

**Discovery remaining to prepare motion for summary judgment**

Defendant(s) expect to complete the following discovery:

- [individually list each item of discovery that will be completed]

- …

Plaintiff expects to complete the following discovery:

- [individually list each item of discovery that will be completed]

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES (DKT. NO. 89) - 2

- …

Any future extension requests will need to state the reasons why the discovery identified in the joint summary was not timely completed.  The Court may not grant future extension requests if the parties fail to justify why the discovery identified in the joint summary was not completed.

Dated this 3rd day of January 2024.

David G. Estudillo
United States District Judge