UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME PARTNERS HOLDING LLC et al., <br><br> Defendants. | CASE NO. 3:22-cv-05704-DGE <br><br> ORDER GRANTING STIPULATED MOTION FOR PLAINTIFFS TO FILE FOURTH AMENDED COMPLAINT (DKT. NO. 93) |

This matter comes before the Court on the Parties' Stipulated Motion to File Fourth Amended Complaint. (Dkt. No. 93.) For good cause shown, the Court GRANTS the Parties' Stipulated Motion.

Dated this 4th day of January 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR PLAINTIFFS TO FILE FOURTH AMENDED COMPLAINT (DKT. NO. 93) - 1