UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>HOME PARTNERS HOLDING LLC et al.,<br><br>          Defendants. | CASE NO. 3:22-cv-05704-DGE<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION REGARDING WORD LIMITS (DKT. NO. 102) |

Before the Court is the parties' stipulated motion regarding word limits. (Dkt. No. 102.) The Court GRANTS in part and DENIES in part the parties' motion. While an increased word limit may be warranted based on the parties' representations, the Court finds excessive the word limits proposed. The Court accordingly ORDERS that for Defendants' summary judgment motion, the motion and opposition briefs may not exceed 14,000 words and any reply in support of summary judgment may not exceed 7,000 words. For Plaintiffs' motion for class certification, Plaintiffs' motion and Defendants' opposition may not exceed 12,000 words and any reply in support of class certification may not exceed 6,000 words.

Dated this 6th day of February 2024.

David G. Estudillo
United States District Judge