UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME PARTNERS HOLDING LLC et al., <br><br> Defendants. | CASE NO. 3:22-cv-05704-DGE <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES (DKT. NO. 134) |

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 134) to extend the deadlines to file their response and reply in support of Defendants' motion to exclude expert testimony (Dkt. No. 132). The Court GRANTS the stipulated motion and establishes the following briefing schedule:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Response to Motion to Exclude Dr. Kneuper's Expert Testimony | April 15, 2024 | April 24, 2024 |
| Defendants' Reply in Support of Motion to Exclude Dr. Kneuper's Expert Testimony | April 19, 2024 | May 3, 2024 |

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES (DKT. NO. 134) - 1

1   The noting date for Defendants' motion to exclude expert testimony (Dkt. No. 132)
2   SHALL be amended to May 3, 2024.
3   Dated this 12th day of April 2024.

David G. Estudillo
United States District Judge