UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME PARTNERS HOLDING LLC et al., <br><br> Defendants. | CASE NO. 3:22-cv-05704-DGE <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSES AND REPLIES (DKT. NO. 141) |

Before the Court is the parties' stipulated motion for an extension. (Dkt. No. 141.) The Court GRANTS the parties' motion and establishes the following briefing schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Response to Motion to Exclude Expert Testimony (Dkt. No. 132) | April 24, 2024 | April 26, 2024 |
| Plaintiffs' Reply in Support of Class Certification Motion (Dkt. No. 110) | April 24, 2024 | April 26, 2024 |
| Noting Date and Defendants' Reply in Support of Summary Judgment (Dkt. No. 124) | May 1, 2024 | May 8, 2024 |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSES AND REPLIES (DKT. NO. 141) - 1

| Noting Date and Defendants' Reply in Support of Motion to Exclude Expert Testimony (Dkt. No. 132) | May 3, 2024 | May 10, 2024 |
|---|---|---|

The Clerk is directed to amend the noting date of Defendants' motion for summary judgment (Dkt. No. 124) to May 8, 2024; and to amend the noting date of Defendants' motion to exclude testimony (Dkt. No. 132) to May 10, 2024.

Dated this 26th day of April 2024.



David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO FILE RESPONSES AND REPLIES (DKT. NO. 141) - 2