UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT each individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>HOME PARTNERS HOLDINGS LLC, HP WASHINGTON I LLC, HPA BORROWER 2017-1 LLC, and OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT,<br><br>　　　　　　　　Defendants. | CASE NO  3:22-CV-05704-DGE<br><br>MINUTE ORDER REFERRING CASE |

　　　The following Minute Order is made by the direction of the Court, United States Judge David G. Estudillo:

　　　This case is referred to Judge Robert J. Bryan for consideration of all pending motions.

　　　The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

　　　Dated this 3rd day of June, 2024.

MINUTE ORDER REFERRING CASE - 1

The foregoing Minute Order authorized by the Honorable David G. Estudillo, United States District Judge.

MINUTE ORDER REFERRING CASE - 2