UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME PARTNERS HOLDINGS LLC, HP WASHINGTON I LLC, HPA BORROWER 2017-1 LLC, and OPVHHJV, d/b/a PATHLIGHT PROPERTY MANAGEMENT,<br><br>Defendants. | CASE NO. 22-5704-DGE-RJB<br><br>ORDER RENOTING MOTIONS AND OFFERING OPPORTUNITY FOR ADDITIONAL BRIEFING |

This matter comes before the Court on the Plaintiffs' Motion for Class Certification and for Appointment of Class Representatives and Class Counsel (Dkt. 110 refiled under seal in unredacted form at Dkt. 116) and Defendants' Motion to Exclude the Opinions of Robert Kneuper, Ph.D. (Dkt. 132). The Court has considered the pleadings filed in support of and in opposition to the motions and the file herein.

ORDER RENOTING MOTIONS AND OFFERING OPPORTUNITY FOR ADDITIONAL BRIEFING - 1

On July 2, 2024, the Defendants' Motion for Summary Judgment (Dkt. 124) was granted, in part, and denied, in part. Dkt. 167. That ruling may affect the parties' submissions on the motions pending regarding class certification and Dr. Kneuper's testimony (Dkts. 116 and 132).

Accordingly, each party should have an opportunity to file supplemental pleadings, if they choose, by July 16, 2024. Responses, if any, should be filed by July 26, 2024. Supplemental pleadings should be **concise**. Argument on dismissed claims or dismissed theories of relief would be unhelpful.

The Plaintiffs' Motion for Class Certification and for Appointment of Class Representatives and Class Counsel (Dkt. 110 refiled at Dkt. 116) and the Defendants' Motion to Exclude the Opinions of Robert Kneuper, Ph.D. (Dkt. 132) are renoted for consideration on **July 26, 2024.**

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of July, 2024.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge