UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND, et. al., | CASE NO. 22-5704 DGE |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HOME PARTNERS HOLDINGS LLC, et. al., | |
| Defendants. | |

The following Minute Order is made by the direction of the Court, United States District Court Judge David G. Estudillo:

This case is reassigned to United States District Court Judge Robert J. Bryan for the purpose of considering the parties' Stipulated Motion to File Confidential Documents Under Seal.  (Dkt. No. 166.)

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 8th day of July 2024.

The foregoing Minute Order authorized by the Honorable David G. Estudillo, United States District Judge.

MINUTE ORDER - 1