UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND, et. al., | CASE NO. 22-5704 DGE |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HOME PARTNERS HOLDINGS, LLC, et. al., | |
| Defendants. | |

The following Minute Order is made by the direction of the Court, United States Judge David G. Estudillo:

This case is reassigned to United States Judge Robert J. Bryan to consider all pending motions.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of September, 2024.

MINUTE ORDER - 1

The foregoing Minute Order authorized by the Honorable David G. Estudillo, United States District Judge.

MINUTE ORDER - 2