UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al., | CASE NO. 3:22-cv-05704-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOME PARTNERS HOLDING LLC et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Pursuant to the Parties' Stipulation to Stay Pending Settlement (Dkt. No. 228), the Court STAYS this case for 45 days, until Friday, January 24, 2025. On or before that date, the Parties shall file a stipulated dismissal of the case or a joint status report regarding their negotiations. The Clerk shall calendar this event.

Dated this 10th day of December, 2024.

MINUTE ORDER - 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2