UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RICHMOND et al., | CASE NO. 3:22-cv-05704-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOME PARTNERS HOLDING LLC et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court is in receipt of the Parties' latest Joint Status Report. (Dkt. No. 231.) On the Court's own motion, the Court continues to stay this case pending ongoing negotiations. The Parties shall file a stipulated dismissal or an updated status report on or before April 25, 2025.

The Clerk is directed to calendar this event.

Dated this 25th day of February 2025.

MINUTE ORDER - 1

1    The foregoing Minute Order authorized by THE HONORABLE DAVID G.
2  ESTUDILLO, UNITED STATES DISTRICT JUDGE.