The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT, CHANCE GALLO, SHELIA NASILASILA, and ERIN WISE, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME PARTNERS HOLDINGS LLC, HP WASHINGTON I LLC, HPA BORROWER 2017-1 LLC, and OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT<br><br>Defendants. | Case No.: 3:22-CV-05704-DGE<br><br>**FIFTH JOINT UPDATE ON STATUS OF SETTLEMENT** |

On July 28, 2025, the Court granted the parties' Stipulation to Stay Pending Settlement. Doc. 238. The Court set a noting date of October 15, 2025 for a further update in the event that the proposed Settlement Agreement has not been approved.

The parties therefore provide this fifth joint status report advising the Court that the United States District Court for the Northern District of Illinois preliminarily approved the class action Settlement on July 31, 2025. *Sewall, et al. v.*

JOINT UPDATE  (3:22-CV-05704-DGE) - 1

Hellmuth & Johnson, PLLC
8050 West 78th Street
(952) 941-4005
Minneapolis, MN 55401

*Home Partners Holdings LLC, et al.,* No. 25-CV-07849, Doc. 24 (N.D. Ill.). In accordance with the court's order preliminarily approving the settlement, Plaintiffs filed the Motion for Final Approval on October 14, 2025. The final fairness hearing is currently scheduled for December 1, 2025. The parties therefore request that the Court continue the stay in this matter and the Court enter an Order requiring the parties to file either a stipulated dismissal or a further status update no later than 30 days after the Court's order on Plaintiffs' motion for final approval of the settlement.

Dated: October 15, 2025                    Respectfully submitted,

**HELLMUTH & JOHNSON, PLLC**

/s/ *Anne T. Regan*

Anne T. Regan, *pro hac vice*
Brian W. Nelson, *pro hac vice*
8050 West 78th Street
Edina, MN 55439
Phone: 952-941-4005
aregan@hjlawfirm.com
bwnelson@hjlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| Dated: October 15, 2025 | By /s/ *Fred B. Burnside*<br>Fred B. Burnside, *WSBA #32491*<br>**DAVIS WRIGHT TREMAINE LLP**<br>fredburnside@dwt.com |
| | Robyn Bladow (*admitted pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>555 South Flower Street, Ste. 3700<br>Los Angeles, CA 90071<br>Tel: (213) 680-8400<br>robyn.bladow@kirkland.com |
| | Andrew Bloomer (*admitted pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>333 West Wolf Point Plaza,<br>Chicago, IL 60654<br>Tel. (312) 862 2482<br>andrew.bloomer@kirkland.com |
| | Michael Cockson (*admitted pro hac vice*)<br>Nate Brennaman (*admitted pro hac vice*)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>2200 Wells Fargo Center, 90 S. Seventh St.<br>Minneapolis, MN 55402<br>Tel: (612) 766-7000<br>michael.cockson@faegredrinker.com<br>nate.brennaman@faegredrinker.com |
| | **ATTORNEYS FOR DEFENDANTS** |

JOINT UPDATE  (3:22-CV-05704-DGE) - 3

Hellmuth & Johnson, PLLC
8050 West 78th Street
(952) 941-4005
Minneapolis, MN 55401