The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK RICHMOND, MICHAEL MCDERMOTT and KELLEY MCDERMOTT, CHANCE GALLO, SHELIA NASILASILA, and ERIN WISE, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Home Partners Holdings LLC, HP Washington I LLC, HPA Borrower 2017-1 LLC, SFR Borrower 2022-2 LLC, SFR Borrower 2021-2 LLC, SFR Borrower 2021-3 LLC, SFR Acquisitions 3 LLC, HPA II Borrower 2020-2 LLC, and OPVHHJV LLC, d/b/a Pathlight Property Management<br><br>Defendants. | Case No.: 3:22-CV-05704-DGE<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>NOTED ON MOTION CALENDAR:<br><br>**DECEMBER 23, 2025** |

Plaintiffs Frank Richmond, Michael McDermott, Kelley McDermott, Chance Gallo, Sheila Nasilasila, and Erin Wise, and Defendants Home Partners Holdings LLC, HP Washington I LLC, HPA Borrower 2017-1 LLC, SFR Borrower 2022-2 LLC, SFR Borrower 2021-2 LLC, SFR Borrower 2021-3 LLC, SFR Acquisitions 3 LLC, HPA

STIPULATION FOR DISMISSAL (3:22-CV-05704-DGE) - 1

Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
(952) 941-4005

1  II Borrower 2020-2 LLC, and OPVHHJV LLC, d/b/a Pathlight Property Management
2  (collectively, the "Parties"), jointly move for an Order dismissing this litigation (the
3  "Action") with prejudice. In support, the Parties state as follows:

4      On December 1, 2025, the United States District Court for the Northern
5  District of Illinois ("Settlement Court") entered a Final Order and Judgment granting
6  final approval of the class action Settlement. *Sewall, et al. v. Home Partners, LLC, et*
7  *al.,* No. 25-CV-07849, Doc. 43 (N.D. Ill.).

8      Accordingly, the parties request that this Stipulation be granted and this
9  Action be dismissed with prejudice.

11  Dated: December 23, 2025          Respectfully submitted,

12                                    **HELLMUTH & JOHNSON, PLLC**

13                                    */s/ Anne T. Regan*

14                                    Anne T. Regan, *pro hac vice*
15                                    Brian W. Nelson, *pro hac vice*
                                  8050 West 78th Street
16                                    Edina, MN 55439
                                  Phone: 952-941-4005
17                                    aregan@hjlawfirm.com
                                  bwnelson@hjlawfirm.com

18                                    Andrew Lemmon
                                  **MILBERG COLEMAN BRYSON**
19                                    **PHILLIPS GROSSMAN, PLLC**
                                  1420 Fifth Avenue, Suite 2200
20                                    Seattle, WA 98101
                                  alemmon@milberg.com

22                                    Scott C. Harris, *pro hac vice*
                                  Michael Dunn, *pro hac vice*
23                                    **MILBERG COLEMAN BRYSON**
                                  **PHILLIPS GROSSMAN, PLLC**
24                                    900 W. Morgan St.
                                  Raleigh, NC 27603
                                  Phone: 919-600-5000
25                                    sharris@milberg.com
                                  michael.dunn@milberg.com
26
                                  Joseph C. Bourne, *pro hac vice*

|   |   |   |
|---|---|---|
| 1 |   | **LOCKRIDGE GRINDAL NAUEN, P.L.L.P.** |
| 2 |   | 100 South Washington Ave, Suite 2200 |
|   |   | Minneapolis, MN 55401 |
| 3 |   | jcbourne@locklaw.com |
| 4 |   | **ATTORNEYS FOR PLAINTIFFS** |

Dated: December 23, 2025    By */s/Fred B. Burnside*
Fred B. Burnside, *WSBA #32491*
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Ave., Suite 3300
Seattle, WA 98140
Tel. (206) 622-3150
fredburnside@dwt.com

Blake James Robinson
**DAVIS WRIGHT TREMAINE**
560 SW 10th Ave., Suite 700
Portland, OR 97205
Tel. (503) 241-2300
blakerobinson@dwt.com

Robyn Bladow (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Ste. 3700
Los Angeles, CA 90071
Tel: (213) 680-8400
robyn.bladow@kirkland.com

Andrew Bloomer (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza,
Chicago, IL 60654
Tel. (312) 862 2482
andrew.bloomer@kirkland.com

Nathaniel E. Haas (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
T: (213) 680-8250
F: (213) 680-8500

STIPULATION FOR DISMISSAL (3:22-CV-05704-DGE) - 3

Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
(952) 941-4005

nathaniel.haas@kirkland.com

Michael Cockson (*admitted pro hac vice*)
Diego Garcia (*admitted pro hac vice)*
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center, 90 S. Seventh St.
Minneapolis, MN 55402
Tel: (612) 766-7000
michael.cockson@faegredrinker.com
diego.garcia@faegredrinker.com

**ATTORNEYS FOR DEFENDANTS**

STIPULATION FOR DISMISSAL (3:22-CV-05704-DGE) - 4

Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
(952) 941-4005

**ORDER**

The Parties' Joint Stipulation for Dismissal With Prejudice is hereby GRANTED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated. All Parties are to bear their own costs.

IT IS SO ORDERED.

DATED this 23rd day of December, 2025.

Honorable David G. Estudillo
United States District Judge

STIPULATION FOR DISMISSAL (3:22-CV-05704-DGE) - 1

Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
(952) 941-4005